## ABRAHAM v. MIKE.

No. 26499.  Feb. 16, 1937.

Johnson & Jones and H. L. Arthurs, for plaintiffs in error.

William L. Cheatham and Lloyd L. Smith, for defendant in error.

PER CURIAM.  A stipulation having been entered into on September 3, 1935, that the decision in cause No. 26345, Abraham v. Mike 178 Okla. 597, 63 P. [2d] 743), shall control and govern this appeal, the syllabus in the above entitled cause is hereby adopted as the opinion in this case and the cause is disposed of in conformity therewith.

BAYLESS, V. C. J., and BUSBY, WELCH, PHELPS, and GIBSON, JJ., concur.